# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, in his capacity as court-appointed Receiver for Highview Point Partners, LLC, et al., <br><br> Plaintiff, <br><br> vs. <br><br> ODO HABECK, NANCY HABECK AND OGH ADVISORS, LLC. <br><br> Defendants. | CASE NO. 12-CV-00164-SRU <br><br><br><br> May 29, 2013 |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## WITH PREJUDICE PURSUANT TO FED. R. 41(a)(1)(A)(ii)

Plaintiff John J. Carney, as court-appointed Receiver for Highview Point Partners LLC, Michael Kenwood Group, LLC et al. ("Receiver"), by and through his counsel, Baker & Hostetler LLP, and defendants Odo Habeck, Nancy Habeck and OGH Advisors, LLC ("Defendants"), by and through their counsel, Brian Spears LLC (collectively, the "Parties") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the following:

1. On February 2, 2012, the Receiver filed and served the Complaint against Defendants.

2. On May 2, 2012, Defendants filed a Motion to Dismiss ("Motion") the Complaint. The Motion was fully briefed, but the Parties entered into a settlement agreement prior to a ruling on the Motion.

3. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties hereby stipulate to a dismissal with prejudice of all of the Receiver's claims against Defendants in the above captioned matter.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns.

*PLAINTIFF JOHN J. CARNEY, AS RECEIVER FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, ET AL.*

By: /s/ Jimmy Fokas
  Jimmy Fokas (phv04556)
  Francesca Harker (phv04689)
  **BAKER & HOSTETLER LLP**
  45 Rockefeller Plaza, 14th Floor
  New York, New York 10111
  Email: jfokas@bakerlaw.com
  Email: fharker@bakerlaw.com
  Tel: 212.589.4200
  Fax: 212.589.4201

*DEFENDANTS ODO HABECK, NANCY HABECK AND OGH ADVISORS, LLC*

By: /s/ Brian E. Spears
  Brian E. Spears (ct14240)
  Brian Spears LLC
  2425 Post Road, Suite 203
  Southport, CT 06890
  Email: bspears@brianspearsllc.com
  Tel: 203.292.9766
  Fax: 203.292.9682

IT IS SO ORDERED.

Date: _____, 2013

_____
JUDGE STEFAN R. UNDERHILL/U.S.D.J.